```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

UNITED STATES OF AMERICA,      *

    Plaintiff,      *

vs.      * CIVIL ACTION NO. 19-00744-WS-B

$20,000, MORE OR LESS, IN U.S. CURRENCY,      *

    Defendant.      *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated December 10, 2020 (Doc. 38) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Claimant Juan Ignacio Garcia's claim asserting ownership of the subject currency and contesting the forfeiture of the currency to the United States be **DISMISSED without prejudice** for Claimant's failure to prosecute and obey the Court's order.

**DONE** this 4th day of January, **2021.**

                                             s/William H. Steele
                                          **UNITED STATES DISTRICT JUDGE**